**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:10CR210 |
| IVELL M. HAGENS, | ) ) | ORDER |
| Defendant. | ) | |

The government's Motion to Continue (Filing No. 48) is granted.

**IT IS ORDERED** that the hearing regarding the Motion to Suppress (Filing No. 20) is continued to **April 27, 2011, at 9:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 7th day of February, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge