# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CR210 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| IVELL M. HAGENS, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion by the government for a continuance of the suppression hearing until June 2011 (Filing No. 51). The government seeks a continuance of the evidentiary hearing due to the unavailability of essential witnesses. The court held a telephone conference on the motion on April 22, 2011. The defendant Ivell M. Hagens (Hagens) was represented by Federal Public Defender David R. Stickman and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. The court finds the motion should be granted as essential witnesses are unavailable at the present time due to physical disability and out-of-state assignments.

**IT IS ORDERED:**

The government's motion to continue the suppression hearing (Filing No. 51) is granted. The hearing on Hagen's motion to suppress shall commence at 9:00 a.m. on June 15, 2011, in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha Nebraska.

DATED this 22nd day of April, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge